[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 10, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-10501
Non-Argument Calendar

_____

D. C. Docket No. 05-00064-CR-T-26-MAP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

THOMAS WILLIAM SCHWARTZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(May 10, 2007)**

Before TJOFLAT, BIRCH and HILL, Circuit Judges.

PER CURIAM:

J. Stanford Lifsey, counsel for Thomas William Schwartz, has filed a motion

to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Schwartz's convictions and sentences are **AFFIRMED**.